UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **RAYMOND PICKNEY,** | |
| VERSUS | CIVIL ACTION NO. 4-18-cv-4545 |
| **DIAMOND OFFSHORE SERVICES LIMITED** | |

**STIPULATION OF DISMISSAL OF
PLAINTIFF OTIS THOMPSON'S CLAIMS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Plaintiff Otis Thompson and Defendant, Diamond Offshore Services Limited, who, in accordance with Federal Rule of Civil Procedure 41(a)(1)(a)(ii), respectfully suggest to this Court that they have amicably and confidentially resolved all claims between them, and that they stipulate to the dismissal, with prejudice, of all claims of Plaintiff Otis Thompson, with prejudice, each party to bear his/its own costs and attorney's fees except as the parties may have otherwise agreed in writing.

Respectfully submitted,

*/s/ Scott Newar*
Scott Newar
S.D. Texas Bar Number 19191
440 Louisiana, Suite 900
Houston, Texas 77002
Telephone: (713) 226-7950
Fax: (713) 226-7181 (Fax)
E-Mail: newar@newarlaw.com

***Counsel for Plaintiff Otis Thompson***

1

*/s/ Jennifer L. Anderson*
Jennifer L. Anderson, T.A. (Tx. Bar No. 24047796)
Baker Donelson Bearman Caldwell & Berkowitz, PC
450 Laurel Street, 21st Floor
Baton Rouge, LA 70801
Telephone: (225) 381-7020
Email: jlanderson@bakerdonelson.com

AND

Christine M. White (Tx. Bar No. 24068713)
Baker Donelson Bearman Caldwell & Berkowitz, PC
St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-8634
Email: cmwhite@bakerdonelson.com

AND

Minia E. Bremenstul (admitted *pro hac vice*)
Jones Walker LLP
201 St. Charles Avenue, Suite 4700
New Orleans, LA 70170-5100
Telephone: (504) 582-8603
E-Mail: mbremenstul@joneswalker.com

**Counsel for Defendant Diamond Offshore Services Limited**