IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Raymond Pickney and David Frezel, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. H-18-4545 |
| Diamond Offshore Services Limited, | § § § | |
| Defendant. | § § | |

## ORDER

Because of the need to protect jurors and other trial participants from Covid-19 exposure the court has a very limited ability to hold jury trials. The two openings for jury selection on February 28, 2022, were assigned to other cases before the docket call in this case. The court has confirmed that both cases are likely to go to trial. If either of the cases settles or is continued this case can proceed as scheduled on February 28, 2022, and the court will promptly notify counsel. The next date when this case can be assured of having a jury panel is April 4, 2022, and counsel are hereby notified that if the case cannot be tried on February 28, 2022, it will be tried on April 4, 2022, subject to the courts criminal docket.

In order to expedite the trial the parties are **ORDERED** by February 11, 2022, to file a detailed trial plan indicating proposed time allotments for each witness. Each party shall (1) list all witnesses it intends to call, (2) include a proposed sequence in which the witnesses will be called, (3) specify a time estimate for direct examination of each witness, and (4) calculate the total time estimate for direct examination of all witnesses. After review of the opposing party's initial trial plan, each party shall file a final trial plan by February 18, 2022, indicating (1) the time

allocation for direct and redirect examination of each witness it intends to call, (2) the time allocation for cross-examination of each of the opponent's listed witnesses, (2) the remaining time necessary to present each party's side of the case, and (4) the total time estimate for all hearing matters necessary to present each party's case. The court may then issue its order concerning time allocations for each party.

As the court stated at docket call the "Unified Proposed Jury Charge" (docket no. 163) does not indicate that counsel have made a good faith effort to resolve their disagreements about the jury charge. The parties are **ORDERED** to confer and file an amended jury charge by February 18, 2022.

**SIGNED** at Houston, Texas, on this the 2nd day of February, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE