United States District Court
Southern District of Texas

**ENTERED**

March 29, 2022

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | | |
|---|---|---|
| Raymond Pickney and David Frezel, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-4545 |
| | § | |
| Diamond Offshore Services Limited, | § | |
| | § | |
| Defendant. | § | |

## O R D E R

On March 28, 2022, the Magistrate Judge conducted a settlement conference in this action and has now notified this Court that the parties reached a settlement.

Accordingly, this action is **DISMISSED** without prejudice to the right of counsel to move for reinstatement within thirty (30) days of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 29th day of March, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE